## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL F. FARMER,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:17-cv-02604** |
| **PROSPECT MORTGAGE, LLC,** | |
| **Defendant.** | |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties submit this stipulation of dismissal *with prejudice*, signed by all parties who have appeared, with each party to bear their own fees and/or costs.

Dated:  April 26, 2018                    Respectfully submitted,

| */s/ James R. Ward* | */s/ Ryan L. McClelland* |
|---|---|
| James R. Ward, KS Bar # 15924 | Ryan L. McClelland,  MO Bar #59343 |
| Janelle L. Williams, KS Bar # 25343 | D. KS Bar #78128 |
| JACKSON LEWIS, P.C. | McCLELLAND LAW FIRM, P.C. |
| 7101 College Blvd, Suite 1200 | 200 Westwoods Drive |
| Overland Park, KS 66210 | Liberty, Missouri  64068-1170 |
| Telephone:    (913) 981-1018 | Telephone:    (816) 781-0002 |
| Facsimile:    (913) 981-1019 | Facsimile:    (816) 781-1984 |
| James.Ward@jacksonlewis.com | ryan@mcclellandlawfirm.com |
| Janelle.Williams@jacksonlewis.com | |
| | ATTORNEYS FOR PLAINTIFF |
| ATTORNEYS FOR DEFENDANT | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:     /s/ Ryan L. McClelland

ATTORNEY FOR PLAINTIFF